Certificate Number: 16339-PAW-DE-037633542

Bankruptcy Case Number: 23-21432



16339-PAW-DE-037633542

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2023</u>, at <u>7:26</u> o'clock <u>PM EDT</u>, <u>Adam Koffman</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>July 30, 2023</u>

By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>