Certificate Number: 16339-PAW-DE-037633543

Bankruptcy Case Number: 23-21432



16339-PAW-DE-037633543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2023, at 7:26 o'clock PM EDT, Bobbi Koffman completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 30, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor