IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> ADAM L. KOFFMAN and <br> BOBBI J. KOFFMAN <br><br><br> Debtor, <br><br> TOYOTA MOTOR CREDIT <br> CORPORATION, <br><br> Movant, <br><br> v. <br><br> ADAM L. KOFFMAN and <br> BOBBI J. KOFFMAN, and <br> RONDA J. WINNECOUR, Trustee, <br><br> Respondents. | Bankruptcy No. 23-21432-CMB <br><br> Chapter 13 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 27)

     The undersigned hereby certifies that, as of January 3, 2024, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 27, and served on the Respondents herein has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 29, 2023.

     It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: January 3, 2024

                                                       Respectfully submitted,

                                                       BERNSTEIN-BURKLEY, P.C.

                                                       By: /s/*Keri P. Ebeck*
                                                       Keri P. Ebeck, Esq.
                                                       PA I.D. # 91298
                                                       kebeck@bernsteinlaw.com
                                                       601 Grant Street, 9th Floor
                                                       Pittsburgh, PA 15219
                                                       Phone - (412) 456-8112

Fax - (412) 456-8135

*Counsel for Toyota Motor Credit Corporation*