IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 23-21432-CMB |
| ADAM L. KOFFMAN and BOBBI J. KOFFMAN | Chapter 13 |
| | re doc. 27 |
| Debtor, | |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| ADAM L. KOFFMAN and BOBBI J. KOFFMAN, and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this __3rd__ day of __January__, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of 2015 Toyota Rav4, VIN: JTMRFREV4FD153254.

~~b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.~~

FILED
1/3/24 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  dmk
Honorable Carlota M. Bohm
U.S. Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21432-CMB |
| Adam L. Koffman | Chapter 13 |
| Bobbi J. Koffman | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: auto         Page 1 of 2
Date Rcvd: Jan 03, 2024      Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam L. Koffman, Bobbi J. Koffman, 119 Deer Road, Saltsburg, PA 15681-2415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

**Name**              **Email Address**

Brian Nicholas
                      on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-4 bnicholas@kmllawgroup.com

Corey J. Sacca
                      on behalf of Debtor Adam L. Koffman csacca@bononilaw.com
                      coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
                      on behalf of Joint Debtor Bobbi J. Koffman csacca@bononilaw.com
                      coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Denise Carlon
                      on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2005-4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

    dcarlon@kmllawgroup.com

Keri P. Ebeck

    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7