**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ADAM L KOFFMAN<br>BOBBI J. KOFFMAN<br>    Debtor(s) | Case No.:23-21432 CMB |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/30/2023 and confirmed on 08/04/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,782.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,782.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 706.14 | |
|    Trustee Fee | 286.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 993.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON NA - TRUST | 0.00 | 2,822.10 | 0.00 | 2,822.10 |
|     Acct: 7143 | | | | |
|   BANK OF NEW YORK MELLON NA - TRUST | 73,359.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 7143 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 961.84 | 961.84 |
|     Acct: 0001 | | | | |
| | | | | 3,783.94 |
| **Priority** | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ADAM L KOFFMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ADAM L KOFFMAN | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY PC | 3,500.00 | 706.14 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXXXX1432 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 5.00 |
| Unsecured | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4677 | | | | |
| AES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9291 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 558.46 | 0.00 | 0.00 | 0.00 |
| Acct: 0662 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4344 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 230.38 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                   3,788.94

TOTAL CLAIMED
PRIORITY            5.00
SECURED        73,359.30
UNSECURED         788.84

Date: 09/09/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com